IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAUL B. ROSENTHAL,<br><br>   *Plaintiff,*<br><br> v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 23-5003 |

## ORDER

**AND NOW**, this 13th day of June 2024, upon consideration of the Trustees of the University of Pennsylvania's Motion for a More Definite Statement (ECF No. 9), Saul Rosenthal's Response in Opposition to the Motion (ECF No. 10), and the Trustees' Reply (ECF No. 14), it is hereby **ORDERED** that the Motion is **DENIED**.

                 BY THE COURT:


                 ***/s/ Gerald J. Pappert***

                 Gerald J. Pappert, J.