**DAY PITNEY** LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**ELIZABETH J. SHER**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8214 F: (973) 210-8535
esher@daypitney.com

July 17, 2024

**VIA E-FILING**

Hon. Gerald J. Pappert, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
601 Market St #2609,
Philadelphia, PA 19106

      Re:    Rosenthal v. Trustees of the University of Pennsylvania
               Civil Docket No. 2:23-cv-05003-GJP

Dear Judge Pappert:

      This firm represents Plaintiff Saul B. Rosenthal ("Plaintiff") in connection with the above-referenced action.  Per Your Honor's directive at the Rule 16 Conference held yesterday, enclosed please find the two scholarship agreements referenced in Plaintiff's Complaint, filed on December 18, 2023. Exhibit 1 is a copy of the First Scholarship Agreement dated January 26, 2012 and Exhibit 2 is a copy of the Second Scholarship Agreement dated June 30, 2015. Plaintiff hereby attaches these two agreements as exhibits to the Complaint.

      We appreciate the Court's consideration of this matter.

                        Respectfully submitted,

                        */s/ Elizabeth J. Sher*
                        Elizabeth J. Sher

Enclosures.

cc:    Joseph E. Wolfson (via e-filing)
       Bradley L. Mitchell (via e-filing)
       Jason Patrick Rudloff (via e-filing)
       Jennifer Nevins (via e-filing)
       Paige Hogan (via e-filing)

119519276.1