IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAUL B. ROSENTHAL, | : | CIVIL ACTION |
| vs. | : | NO. 23-5003 |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA. | : | |

## ORDER

**AND NOW, TO WIT:** This 25th day of September 2024, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE WYLESOL**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon, Deputy Clerk
To the Honorable Gerald J. Pappert

Copies Mailed on 9/25/24 to:
  Christopher A. Kimmek, Esq.
  Jeffrey P. Mueller, Esq.
  Elizabeth J. Sher, Esq.
  Joseph E. Wolfson, Esq.
  Bradley L. Mitchell, Esq.
  Jason Patrick Rudloff, Esq.
  Jennifer Nevins, Esq.
  Paige Hogan, Esq.

Civ 2 (7/83)

41.1(b)